# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRESNO COUNTY JAIL, et al.,<br><br>　　　　Defendants. | 1:15-cv-00960-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 7)<br><br>**TWENTY (20) DAY DEADLINE** |

　　　　Plaintiff L.M. Daniels ("Plaintiff"), a former Fresno County inmate proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, initiated this action on June 25, 2015.

　　　　On June 27, 2015, the Court dismissed Plaintiff's complaint with leave to amend within thirty days. (ECF No. 17.) Plaintiff also was expressly warned that the failure to comply with that order would result in dismissal of his action, with prejudice, for failure to prosecute and failure to obey a court order. (Id. at 7.)

　　　　Plaintiff's amended complaint was due on or before August 1, 2016. To date, Plaintiff has not complied with that order, nor has he otherwise been in contact with the Court. Plaintiff will be permitted an opportunity to show cause why this action should not be dismissed with prejudice.

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN response within **twenty (20) days** of service of this order why this action should not be

1

dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Plaintiff is warned that if the response does not show GOOD CAUSE, this matter will be dismissed with prejudice.

IT IS SO ORDERED.

   Dated: __**August 8, 2016**__        /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE